FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 14  AM 11: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGIL SMITH | CIVIL ACTION |
| VERSUS | NO. 03-231 |
| DET. DANNY FONTE, ET AL | SECTION "N" (1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on July 8, 2003 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that plaintiff's 42 U.S.C. § 1983 false arrest claims against Danny Fonte and Chris Bell be DISMISSED WITH PREJUDICE until the <u>Heck</u> conditions are met.

IT IS FURTHER ORDERED that plaintiff's 42 U.S.C. § 1983 perjury claims against Danny Fonte and Chris Bell be DISMISSED WITH PREJUDICE as frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief.

IT IS FURTHER ORDERED that plaintiff's 42 U.S.C. § 1983 malicious prosecution claims against Scott Gardner and Jack Hoffstadt be DISMISSED WITH PREJUDICE as

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No.__

DATE OF ENTRY
JUL 1 4 2003

frivolous, for failure to state a claim on which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief.

IT IS FURTHER ORDERED that plaintiff's 42 U.S.C. § 1983 ineffective assistance of counsel claim against James Burke be DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim on which relief may be granted.

IT IS FURTHER ORDERED that defendant's motions to dismiss be DENIED AS MOOT.

New Orleans, Louisiana, this 11th day of July, 2003.

_____
UNITED STATES DISTRICT JUDGE